**Order entered August 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00317-CV

## IN RE STING SOCCER GROUP, LP, AND BRENT LEE CORALLI, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01689-2016**

## ORDER
Before Justices Lang, Evans, and Stoddart

Before the Court is relators' petition for writ of mandamus. We request that the real parties in interest and respondent file their responses, if any, to the petition for writ of mandamus **by August 25, 2017.**

/s/    CRAIG STODDART
        JUSTICE